Kathleen Bliss
NV Bar No. 7606
Kathleen Bliss Law PLLC
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Telephone: (702) 318-7375
Email: kb@kathleenblisslaw.com

Eleanor Hamburger (*Pro Hac Vice*)
Ari Robbins Greene, Of Counsel (*Pro Hac Vice*)
Sirianni Youtz Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
Email: ehamburger@sylaw.com
      arobbinsgreene@sylaw.com
Additional co-counsel listed on signature page
ATTORNEYS FOR PLAINTIFF AND PROPOSED CLASSES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| IRENA STANIC RASIN, on her own behalf, and on behalf of all similarly situated individuals,<br><br>               Plaintiff<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>               Defendant | Case No. 2:25-cv-00407-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>(FIRST REQUEST)<br><br>[ECF No. 28] |

**STIPULATION**

The parties have met and conferred regarding a proposed briefing schedule for Defendant's pending Motion to Dismiss (ECF #23) and hereby stipulate to extend the current deadlines as follows:

1  Plaintiff's response brief shall be extended from the current deadline of May 30, 2025 up to and including **June 16, 2025**.

The parties further agree to stipulate to extend the time for Defendant's reply brief up to and including **July 1, 2025**.

The additional requested time is needed to accommodate the schedules of counsel, including their respective workloads and other deadlines. The request will also provide sufficient time for the parties to adequately assess the relevant arguments in the motion and prepare their respective responses. This is the first request for an extension of time to respond to the Motion to Dismiss. This request is made in good faith and not for the purpose of delay.

DATED: May 21, 2025.

s/ Kathleen Bliss
Kathleen Bliss
NV Bar No. 7606
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Telephone: (702) 318-7375
kb@kathleenblisslaw.com

s/ Eleanor Hamburger
Eleanor Hamburger (*Pro Hac Vice*)
Ari Robbins Greene, Of Counsel (*Pro Hac Vice*)
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
ehamburger@sylaw.com
arobbinsgreene@sylaw.com

s/ Ethan D. Thomas
Ethan D. Thomas, Nevada Bar No. 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy, Suite 300
Las Vegas, NV 89169-5937
Telephone: (702) 862-8800
edthomas@littler.com

Joshua B. Simon (*Pro Hac Vice* Pending)
Warren Haskel (*Pro Hac Vice* Pending)
Richard W. Nicholson, Jr. (*Pro Hac Vice* Pending)
Richard D. Diggs (*Pro Hac Vice* Pending)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
jsimon@mwe.com
whaskel@mwe.com
rnicholson@mwe.com
rdiggs@mwe.com

| | |
|---|---|
| Anna P. Prakash (*Pro Hac Vice*) <br> NICHOLS KASTER, PLLP <br> 80 S. Eighth Street, Suite 4700 <br> Minneapolis, MN 55402 <br> Telephone: (877) 344-4628 <br> aprakash@nka.com <br><br> Kevin Costello (*Pro Hac Vice*) <br> Center for Health Law & Policy Innovation <br> Harvard Law School <br> 1585 Massachusetts Avenue <br> Cambridge, MA 02138 <br> Telephone: (617) 496-0901 <br> kcostello@law.harvard.edu <br><br> **Attorneys for Plaintiff** | Brett Boskiewicz (*Pro Hac Vice* Forthcoming) <br> MCDERMOTT WILL & EMERY LLP <br> 200 Clarendon Street <br> Boston, MA 02116 <br> Telephone: (617) 535-4000 <br> bboskiewicz@mwe.com <br><br> **Attorneys for Defendant** <br> **Cigna Health and Life Insurance Company** |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:   May 29, 2025