# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Irena Stanic Rasin, on her own behalf and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>Cigna Health and Life Insurance Company,<br><br>Defendant. | Case No. 2:25-cv-00407-CDS-DJA<br><br>**Order** |

Before the Court is the parties' stipulated discovery plan and scheduling order. (ECF No. 38). The Court grants the discovery plan in part and denies it in part. The parties seek to conduct limited "phase 1" discovery prior to the Court's decision regarding the Defendant's motion to dismiss. They seek to delay the remainder of their discovery and setting discovery deadlines until after the Court decides the motion to dismiss.

Given the parties' proposed discovery plan, it appears that they seek a limited stay of discovery under Federal Rule of Civil Procedure 26(c). While the parties do not cite the good cause standard for staying discovery, the Court finds that they have met it. *See Gibson v. MGM International*, No. 2:23-cv-00140-MMD-DJA, 2023 WL 4455726 (D. Nev. July 11, 2023) (outlining the "good cause" standard). The parties assert that this case is a complex class action involving a health plan and so, they require a modified schedule. The Court will grant the parties' request for a partial stay of discovery.

However, the Court will deny the remainder of the parties' proposed schedule because it purports to set non-concrete deadlines. The Local Rules require that parties "state the calendar date" for discovery deadlines. *See* LR 26-1(b). Instead of setting non-concrete deadlines, the Court will require the parties to file a stipulated discovery plan within fourteen days of the Court's decision on the Defendant's motion to dismiss.

1    **IT IS THEREFORE ORDERED** that the parties' stipulated discovery plan (ECF No. 38) is **granted in part and denied in part.** It is granted in part regarding the parties' request that the Court only permit the parties to engage in limited "phase 1" discovery until the Court decides the Defendant's motion to dismiss and to stay all other discovery and discovery deadlines. It is denied in all other respects.

**IT IS FURTHER ORDERED** that the parties must file a renewed stipulated discovery plan and scheduling order within **fourteen days** of the Court's decision on the Defendant's motion to dismiss.

DATED: June 26, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE