UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Irena Stanic Rasin,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Cigna Health and Life Insurance,<br><br>　　　　　Defendant | Case No. 2:25-cv-00407-CDS-DJA<br><br>**Order Granting Unopposed Motions for Leave to File Supplemental Authority**<br><br>[ECF Nos. 47, 50] |

　　　　On September 2, 2025, plaintiff Irena Rasin filed a motion for leave to file supplemental authority regarding a decision issued on August 28, 2025, in the Western District of Washington.[1] Pl.'s mot., ECF No. 47. In response, defendant Cigna Health and Life Insurance did not oppose Rasin's request; instead, it argued that the case was not relevant. Resp., ECF No. 48. Then, Cigna filed a motion for leave to file supplemental authority to bring a recently issued Ninth Circuit opinion to the court's attention.[2] Mot., ECF No. 50. The next day, Rasin filed a notice of non-opposition. ECF No. 51.

　　　　The court may grant leave to file supplemental authority "for good cause." *See* LR 7-2(g). "Good cause may exist when the proffered supplemental authority controls the outcome of the litigation, or when the proffered supplemental authority is precedential, or particularly persuasive or helpful." *Alps Prop. & Cas. Ins. Co. v. Kalicki Collier, LLP*, 526 F. Supp. 3d 805, 812 (D. Nev. 2021). I grant both motions. While the parties disagree as to the relevance of *Delessert*, I nonetheless will consider the reasoning contained therein given the pending motion to dismiss. Further, the parties agree the *Pritchard* decision has a bearing on the outcome of that dismissal motion. Accordingly, there is good cause to grant both motions.

---

[1] *Delessert v. Kaiser Found. Health Plan, Inc.*, 2025 U.S. Dist. LEXIS 168139 (W.D. Wash. Aug. 28, 2025).
[2] *Pritchard on behalf of C.P. v. Blue Cross Blue Shield of Ill.*, No. 23-4331, 2025 WL 3202338 (9th Cir. Nov. 17, 2025).

### Conclusion

IT IS HEREBY ORDERED that the parties' motions for leave to file supplemental authority [ECF No. 47], [ECF No. 50] are GRANTED.

Dated: November 25, 2025

_____
Cristina D. Silva
United States District Judge