Ethan D. Thomas, Nevada Bar No. 12874
**LITTLER MENDELSON, P.C.**
8474 Rozita Lee Avenue, Suite 200
Las Vegas, NV 89113-4770
Telephone: (702) 862-8800
Facsimile:  (702) 862-8811
edthomas@littler.com

Joshua B. Simon*
Warren Haskel*
Richard W. Nicholson, Jr.*
Richard D. Diggs*
**McDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
jsimon@mcdermottlaw.com
whaskel@mcdermottlaw.com
rnicholson@mcdermottlaw.com
rdiggs@mcdermottlaw.com

Brett Boskiewicz*
**McDERMOTT WILL & SCHULTE LLP**
200 Clarendon Street
Boston, MA  02116
Telephone: (617) 535-4000
Facsimile:  (617) 535-3800
bboskiewicz@mcdermottlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Defendant Cigna Health and Life
Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRENA STANIC RASIN, on her own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-00407-CDS-DJA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Cigna Health and Life Insurance Company ("Cigna") and Plaintiff Irena Stanic Rasin ("Plaintiff") (and together with Cigna, the "Parties"), by and through their respective undersigned counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, on March 10, 2026, this Court entered an order granting in part and denying in part Cigna's Motion to Dismiss the Complaint and dismissed certain allegations without prejudice and with leave to amend (the "Order") (ECF No. 53);

2. WHEREAS, the Order gave Plaintiff leave to file a First Amended Complaint by March 24, 2026;

3. WHEREAS, Plaintiff intends to file a First Amended Complaint that will include allegations to address the insufficiencies identified in the Order and to add a second named plaintiff who is a minor child;

4. WHEREAS, the Parties stipulate and agree that Plaintiff may file the First Amended Complaint, including allegations to add the second named plaintiff, on or before March 24, 2026, and that consolidating these amendments into one pleading serves the interests of efficiency and judicial economy;

5. WHEREAS, the Parties stipulate and agree that both the minor child and his parent may be identified in the First Amended Complaint and other filings through their initials in order to protect the minor child's identity so long as Plaintiff's counsel separately provides Cigna notice of the minor child's and his parent's identity at the time of the filing of the First Amended Complaint;

6. WHEREAS, under Federal Rule of Civil Procedure 12, Cigna's response to the remaining allegations in the current Complaint would also be due on March 24, 2026;

7. WHEREAS, under Federal Rule of Civil Procedure 15, Cigna's response to the First Amended Complaint would be due on April 7, 2026;

8. WHEREAS, the Parties stipulate and agree that Cigna shall have an extension up to and including April 14, 2026, to respond to the Complaint or the First Amended Complaint, whichever is the operative pleading at that time, including filing a Rule 12 motion for any new allegations in the First Amended Complaint;

1

9. WHEREAS, this is Cigna's first request for an extension of these deadlines, and good cause exists because the extension is in the interests of efficiency and judicial economy in that Cigna will not be required to Answer the original Complaint after Plaintiff files the First Amended Complaint;

10. Accordingly, the Parties stipulate and hereby request that the Court:

    i. permit Plaintiff to file a First Amended Complaint that includes allegations to add a minor child as the second named plaintiff on or before March 24, 2026;

    ii. permit Plaintiff to identify the minor named plaintiff and his parent using their initials in the First Amended Complaint and all other filings; and

    iii. grant Cigna an extension up to and including April 14, 2026 to file a response to the operative complaint on that date.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Elizabeth M. Binczik*

Anna P. Prakash*
Brock J. Specht *
Elizabeth M. Binczik*
NICHOLS KASTER, PLLP
80 S. Eighth Street, Suite 4700
Minneapolis, MN 55402
Telephone: (877) 344-4628
aprakash@nka.com
bspecht@nka.com
ebinczik@nka.com

Kathleen Bliss (NV Bar No. 7606)
Kathleen Bliss Law PLLC
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Telephone: (702) 318-7375
kb@kathleenblisslaw.com

Eleanor Hamburger*
Ari Robbins Greene*
SIRIANNI YOUTZ SPOONEMORE
HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
ehamburger@sylaw.com
arobbinsgreene@sylaw.com

*/s/ Richard W. Nicholson, Jr.*

Joshua B. Simon*
Warren Haskel*
Richard W. Nicholson, Jr.*
Richard Diggs*
**McDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
jsimon@mcdermottlaw.com
whaskel@mcdermottlaw.com
rnicholson@mcdermottlaw.com
rdiggs@mcdermottlaw.com

Ethan D. Thomas, Neveda Bar No. 12874
**LITTLER MENDELSON, P.C.**
8474 Rozita Lee Avenue, Suite 200
Las Vegas, NV 89113-4770
Telephone: (702) 862-8800
Facsimile:  (702) 862-8811
edthomas@littler.com

Brett Boskiewicz*
**McDERMOTT WILL & SCHULTE LLP**
200 Clarendon Street
Boston, MA  02116
Telephone: (617) 535-4000
Facsimile:  (617) 535-3800

2

Kevin Costello*
Zeinab Bakhiet*
CENTER FOR HEALTH LAW & POLICY INNOVATION
HARVARD LAW SCHOOL
1585 Massachusetts Avenue
Cambridge, MA 02138
Telephone: (617) 496-0901
kcostello@law.harvard.edu
zbakhiet@law.harvard.edu

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

bboskiewicz@mcdermottlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Defendant Cigna Health and Life Insurance Company*

IT IS THEREFORE ORDERED that the stipulation (ECF No. 54) is GRANTED in part and DENIED in part as outlined below:

The stipulation is DENIED in part as moot regarding the parties' request that Plaintiff have until March 24, 2026, to file an amended complaint because the Honorable District Judge Cristina D. Silva has already granted Plaintiff that relief. (ECF No. 53).

The stipulation is DENIED in part regarding the parties' request that Plaintiff be permitted to refer to an adult party using only their initials. While Federal Rule of Civil Procedure 5.2(a)(3) and Local Rule IC 6-1(a)(2) permit parties to refer to minor children using only their initials, those rules do not afford the same to adults. To the contrary, the Ninth Circuit has concluded that "a party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I through XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Accordingly, the party seeking to be referred to using only their initials must move for that relief and properly brief the basis for it.

The stipulation is GRANTED in part regarding the parties' request that Plaintiff be permitted to name an additional Plaintiff given the liberal standards that Courts apply to motions to amend under Federal Rule of Civil Procedure 15(a)(2).

The stipulation is GRANTED in part regarding the parties' request that Plaintiff be permitted to refer to the minor Plaintiff using only their initials. *See* Fed. R. Civ. P. 5.2(a)(3); *see* LR IC 6-1(a)(2).

Finally, the stipulation is GRANTED in part regarding the parties' request that Defendant have until April 14, 2026, to respond to the operative complaint.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 24, 2026

3