# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Irena Stanic Rasin, et al.,

Plaintiffs,

v.

Cigna Health and Life Insurance Company,

Defendant.

Case No. 2:25-cv-00407-CDS-DJA

**Order**

Before the Court is the parties' stipulated discovery plan.  (ECF No. 60).  The Court grants the parties' stipulation in part and denies it in part.  The Court denies the stipulation in part only to the extent that the parties propose deadlines contingent on the Court's ruling on class certification.  The Court will instead set the concrete deadlines that the parties propose and the parties may move to extend those deadlines if necessary.  The Court grants the stipulation in all other respects.

///

///

///

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 60) is **granted in part and denied in part.** It is denied in part only to the extent that the Court declines to set the contingent deadlines the parties propose. It is granted in all other respects.

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Amend pleadings/add parties: | October 21, 2026 |
| Motion for class certification: | January 21, 2027 |
| Expert disclosures: | August 3, 2027 |
| Rebuttal expert disclosures: | September 15, 2027 |
| Discovery cutoff: | October 15, 2027 |
| Dispositive motions: | November 15, 2027 |
| Joint pretrial order: | December 15, 2027[1] |

DATED: April 16, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order.