Kathleen Bliss
NV Bar No. 7606
Kathleen Bliss Law PLLC
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Telephone: (702) 318-7375
Email: kb@kathleenblisslaw.com
Additional co-counsel listed on signature page

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IRENA STANIC RASIN and C.R. on behalf of B.R., on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant | Case No. 2:25-cv-00407-CDS-DJA<br><br>**FIRST STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>[ECF No. 64] |

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate and agree to extend the time for Plaintiffs to respond to Defendant's Motion to Dismiss Partially Plaintiffs' First Amended Class Action Complaint and the time for Defendant to file its reply. On April 14, 2026, Defendant moved to partially dismiss Plaintiffs' First Amended Complaint. ECF No. 61. Plaintiffs' response to the motion is currently due on April 28, 2026. *See* L.R. 7-2(b). In light of Plaintiffs' counsel's obligations in other matters and schedule—including for one of the lead counsel for Plaintiffs a hearing on two motions that requires out-of-town travel before April 28, as well as a scheduled vacation that includes April 28—Plaintiffs' counsel requested that Defendant agree to extend the deadline by ten (10) days so that Plaintiffs' response would be due on May 8, 2026. Defendant agreed, but requested an additional seven (7) days, from May 15, 2026 to May 22, 2026, for its reply brief to accommodate the new deadline and given Defendant's counsel's existing commitments on other matters. Plaintiffs agreed. Given that the requested extensions are relatively short and for the other reasons stated above, there is good cause for the Court to grant the requested relief and permit Plaintiffs to file their response on **May 8, 2026,** and Defendant to file its reply on **May 22, 2026**. This is the first stipulation for an extension of deadlines related to the pending motion.

Dated: April 16, 2026

/s/ Anna P. Prakash
Brock J. Specht (MN Bar No. 0388343)*
Anna P. Prakash (MN Bar No. 0351362)*
Elizabeth M. Binczik (MN Bar No. 0398233)*
NICHOLS KASTER, PLLP
80 S. Eighth Street, Suite 4700
Minneapolis, MN 55402
Telephone: (877) 344-4628
aprakash@nka.com
bspecht@nka.com
ebinczik@nka.com

Kathleen Bliss
NV Bar No. 7606
Kathleen Bliss Law PLLC
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Telephone: (702) 318-7375
kb@kathleenblisslaw.com

Dated: April 16, 2026

/s/ Richard W. Nicholson, Jr.
Joshua B. Simon*
Warren Haskel*
Richard W. Nicholson, Jr.*
Richard D. Diggs*
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile:    (212) 547-5444
jsimon@mcdermottlaw.com
whaskel@mcdermottlaw.com
rnicholson@mcdermottlaw.com
rdiggs@mcdermottlaw.com

Brett Boskiewicz*
MCDERMOTT WILL & SCHULTE LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 535-4000

2

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
Eleanor Hamburger (WSBA #26478)*
Ari Robbins Greene (WSBA #54201)*
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
ehamburger@sylaw.com
arobbinsgreene@sylaw.com

Kevin Costello (MA Bar No. 669100)*
Zeinab Bakhiet (TX Bar No. 24145369)*
Center for Health Law & Policy Innovation
Harvard Law School
1585 Massachusetts Avenue
Cambridge, MA 02138
Telephone: (617) 496-0901
kcostello@law.harvard.edu
zbakhiet@law.havard.edu

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Facsimile:  (617) 535-3800
bboskiewicz@mcdermottlaw.com

*Admitted *pro hac vice*

Ethan D. Thomas, Nevada Bar No. 12874
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, NV 89113-4770
Telephone: (702) 862-8800
Facsimile: (702) 862-8811
edthomas@littler.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 17, 2026

3