Kathleen Bliss
NV Bar No. 7606
Kathleen Bliss Law PLLC
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Telephone: (702) 318-7375
Email: kb@kathleenblisslaw.com
[Additional co-counsel listed on signature page]

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASSES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IRENA STANIC RASIN and C.R. on behalf of B.R., on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-00407-CDS-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule IA 11-6 and Rule 1.16 of the Nevada Rules of Professional Conduct, Plaintiffs' counsel moves the Court for an order authorizing Elizabeth M. Binczik of the law firm of Nichols Kaster, PLLP to withdraw as counsel for Plaintiffs Irena Stanic Rasin and C.R. on behalf of B.R. ("Plaintiffs") in the above-captioned action and to have her name, address, and email address removed from the service list (including ECF service list).

Plaintiffs will continue to be represented by Anna P. Prakash and Brock J. Specht of the law firm Nichols Kaster, PLLP, Kathleen Bliss of the law firm Kathleen Bliss Law

PLLC, Eleanor Hamburger and Ari Robbins Greene of the law Firm Sirianni Youtz Spoonemore Hamburger PLLC, and Kevin Costello and Zeinab Bakhiet of the Center for Health Law & Policy Innovation - Harvard Law School. Ms. Binczik's withdrawal will not delay resolution of this matter.

Accordingly, Plaintiffs' counsel respectfully requests that the Court grant this request to withdraw Ms. Binczik as counsel of record.

DATED: August 12, 2026.

Respectfully submitted:

*/s/ Elizabeth M. Binczik*

Anna P. Prakash (MN Bar No. 0351362)*
Brock J. Specht (MN Bar No. 0388343)*
Elizabeth M. Binczik (MN Bar No. 0398233)*
NICHOLS KASTER, PLLP
80 S. Eighth Street, Suite 4700
Minneapolis, MN 55402
Telephone: (877) 344-4628
aprakash@nka.com
bspecht@nka.com
ebinczik@nka.com

Kathleen Bliss
NV Bar No. 7606
Kathleen Bliss Law PLLC
170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
Telephone: (702) 318-7375
kb@kathleenblisslaw.com

Eleanor Hamburger (WSBA #26478)*
Ari Robbins Greene (WSBA #54201)*
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
ehamburger@sylaw.com
arobbinsgreene@sylaw.com

Kevin Costello (MA Bar No. 669100)*
Zeinab Bakhiet (TX Bar No. 24145369)*
Center for Health Law & Policy Innovation
Harvard Law School
1585 Massachusetts Avenue
Cambridge, MA 02138

Telephone: (617) 496-0901
kcostello@law.harvard.edu
zbakhiet@law.harvard.edu

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**.

DATED: 8/12/2026

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notice of the filing to counsel of record.

*/s/ Elizabeth M. Binczik*
Elizabeth M. Binczik